PEOPLE ex rel. ROARKE, Relator, v. GREENE, Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Proceeding by the people, on the relation of Martin H. Roarke, against Francis V. Greene. C. E. Hunter, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. SANDMAN, Respondent, v. BRUSH, County Treasurer, et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Proceeding by the people, on the relation of David Sandman, against Henry S. Brush, county treasurer of Suffolk county, and Patrick W. Cullinan, as State Commissioner of Excise. PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Wilmot M. Smith at Special Term. 83 N. Y. Supp. 607.

PEOPLE ex rel. SHIELS v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Proceeding by the people, on the relation of John R. Shiels, against Francis V. Greene, as commissioner. J. W. Ridgway, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs.

PEOPLE ex rel. MILLS v. PARTRIDGE, Com'r. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Proceeding by the people, on the relation of William D. Mills, against John N. Partridge, as commissioner. L. J. Grant, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceeding affirmed, with costs.

PEOPLE ex rel. YETTER et al., Respondents, v. BRUSH, County Treasurer, et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Proceeding by the people, on the relation of Frank G. Yetter and George V. Moore, against Henry S. Brush, county treasurer of Suffolk county, and Patrick W. Cullinan, as State Commissioner of Excise. PER CURIAM. Order affirmed, with $10 costs and disbursements, on the opinion of Mr. Justice Wilmot M. Smith at Special Term. 83 N. Y. Supp. 607.

PERSONS et al., Respondents, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Henry H. Persons and another against Mary Helen Brown. No opinion. Judgment affirmed, with costs.

PETERS v. MORNING JOURNAL ASS'N. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Emilie M. C. Peters against the Morning Journal Association. No opinion. Motion denied, with $10 costs.

In re PETITION FOR COURT RULE. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) In the matter of a petition asking for restoration of court rule. PER CURIAM. We think that this application should be made to the Supreme Court in Kings county, rather than to the Appellate Division.

PFEIFER, Respondent, v. SUPREME LODGE, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Mary Pfeifer, as administratrix, against the Supreme Lodge, etc. E. Hynes, for appellant. P. Jones, for respondent. No opinion. Judgment affirmed, with costs.

PHILLIPS, Respondent, v. FULLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by Lottie Phillips against Frank Fuller and others. No opinion. Judgment affirmed, with costs.

POLLACK, Respondent, v. RUTH, Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by David Pollack against Abraham Ruth. M. H. Hayman, for appellant. M. L. Steuer, for respondent. No opinion. Judgment and order affirmed, with costs.

QUINLAN, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Jennie Quinlan, as administratrix, etc., against the New York, New Haven & Hartford Railroad Company. No opinion. Motion denied, with $10 costs.

RABEN, Respondent, v. NOHE, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by Peter Raben against Karl Nohe. No opinion. Judgment of the Municipal Court affirmed by consent, without costs.

RABINOWITCH, Respondent, v. FRIEDMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Hirsh Rabinowitch, as executor, against Rachel Friedman, individually, etc., and others. A. Nelson, for appellants. N. Alienikoff, for respondent. No opinion. Judgment affirmed, with costs.

RAGONA, Respondent, v. PALMIERI, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Salvatore Ragona against John Palmieri, as executor. J. Palmieri, for appellant. N. L. Keach, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.